DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRY DARNELL ANDERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-281

[June 7, 2018]

Appeal of order denying rule 3.850 from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 56-2009-CF-001510 A.

Terry Darnell Anderson, Lowell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***